UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHREE SHIVAAY LLC, et al.,
Plaintiffs,

-against-

MT. HAWLEY INSURANCE COMPANY,
Defendant.

Case No. 1:25-cv-06134 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The parties' post-discovery conference, currently scheduled for October 1, 2026, shall be held on **September 29, 2026**, at **4:00 p.m.** The conference will be held by video conference, via Microsoft Teams. Counsel will receive log-in credentials at their email addresses listed on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 511 870 452#.

Dated: September 22, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge