UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHREE SHIVAAY LLC, et al.,
Plaintiffs,

-against-

MT. HAWLEY INSURANCE COMPANY,
Defendant.

Case No. 1:25-cv-06134 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed on the record on September 29, 2026, Plaintiffs' request for additional discovery is denied. Defendant shall move for summary judgment by **October 27, 2026**. Plaintiffs' opposition is due by **November 17, 2026**. Defendant's reply, if any, is due by **December 4, 2026**.

Dated: September 30, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge